IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW301CV00501 |
| | ) | (Financial Litigation Unit) |
| GORDON O. OJI, | ) | |
|     Defendant, | ) | |
| and | ) | |
| | ) | |
| GO MEDICAL SUPPLY, INC, | ) | |
|     Garnishee. | ) | |

**DISMISSAL OF WRIT OF GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Gordon O. Oji is DISMISSED.

IT IS SO ORDERED.        Signed: July 27, 2009

Frank D. Whitney
United States District Judge